## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-01191-MN |
| v. | ) | |
| | ) | |
| THE NEW HOME COMPANY INC., H. LAWRENCE WEBB, PAUL C. HEESCHEN, GREGORY P. LINDSTROM, CATHEY LOWE, DOUGLAS C. NEFF, SAM BAKHSHANDEHPOUR, MICHAEL BERCHTOLD, and WAYNE STELMAR, | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 25, 2021            **LONG LAW, LLC**

                                              By: */s/ Brian D. Long*
                                                     Brian D. Long (#4347)
                                                     3828 Kennett Pike, Suite 208
                                                     Wilmington, DE 19807
                                                     Telephone: (302) 729-9100
                                                     Email: BDLong@longlawde.com

                                                     *Attorneys for Plaintiff*

1